1024

[No. 32550-4-III.   Division Three.   September 29, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. J.D.C., *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 13-8-00198-8, John W. Lohrmann, J., entered June 12, 2014. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 33230-6-III.   Division Three.   September 29, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. HARVEY CLEM MADDUX, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00444-0, Richard L. Brosey, J., entered April 2, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Brown, A.C.J., and Korsmo, J.

[No. 32353-6-III.   Division Three.   October 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. NICOLAS ALMIRON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 12-1-00278-6, M. Scott Wolfram, J., entered February 25, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 32654-3-III.   Division Three.   October 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILIP PATRICK MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-03443-4, Ellen K. Clark, J., entered July 23, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.